IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD S. BAIM, et al., *Plaintiffs,* v. JOEL DUKART, et al., *Defendants.* | CIVIL ACTION NO. 21-1696 |

**PAPPERT, J.**                                                                                       **August 8, 2022**

## ORDER

**AND NOW**, this 8th day of August 2022, upon consideration of Plaintiffs' Motion for Summary Judgment (ECF 22), Defendants' Response (ECF 23) and Plaintiffs' Reply (ECF 24), it is **ORDERED:**

1. The Motion is **DENIED**.

2. Pursuant to the Court's February 28, 2022 Order (ECF 25), the Court will schedule a status conference to discuss a final pretrial and trial schedule.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.