IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD S. BAIM, et al., *Plaintiffs,* v. JOEL DUKART, et al., *Defendants.* | CIVIL ACTION NO. 21-1696 |

# JUDGMENT

**AND NOW**, this 2nd day of March 2023, for the reasons explained in the accompanying Memorandum, **JUDGMENT** is entered in favor of Edward S. Baim, 9970 Bustleton, LLC, Oregon Avenue, LLC, Castor & Aramingo, LLC and 749 Lincoln Highway, LLC against Joel and Michael Dukart on all claims and counterclaims.

The Clerk of Court shall close this case.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.